# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**IAN C. BREMER**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201200472**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 27 June 2012.
**Military Judge:** LtCol Robert G. Palmer, USMC.
**Convening Authority:** Commanding Officer, Weapons and Field Training Battalion, MCRD, Parris Island, SC.
**Staff Judge Advocate's Recommendation:** LtCol S.D. Manning, USMC.
**For Appellant:** LT Carrie E. Theis, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**23 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court